UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

BARBARA J. BAUMANN,

    Plaintiff,

                                                Case No. 21-CV-0052 8

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

**STIPULATION FOR AN ORDER DISMISSING THIS ACTION**
_____

    The plaintiff, Barbara J. Baumann, by her attorney, John J. Hansen, Gruber Law Offices, LLC, and the defendant, the United States of America, by its attorneys, Richard G. Frohling, Acting United States Attorney for the Eastern District of Wisconsin, and Charles A. Guadagnino, Assistant United States Attorney for said district, hereby acknowledge that they have reached agreement on the terms of a settlement for all claims made in this action. Therefore, the plaintiff and the defendant hereby stipulate to the issuance of an order dismissing this action, with prejudice, and with each party paying its own costs and fees.

    Dated at Milwaukee, Wisconsin this 7th day of December 2021.

                                                      RICHARD G. FROHLING
                                                      Acting United States Attorney

                          By:    /s Charles A. Guadagnino
                                  CHARLES A. GUADAGNINO
                                  Assistant United States Attorney
                                  Wisconsin Bar No. 1018829
                                  United States Attorney's Office
                                  Eastern District of Wisconsin
                                  517 East Wisconsin Avenue, Rm 530
                                  Milwaukee, WI 53202
                                  Telephone: (414) 297-1745
                                  Fax: (414) 297-4394
                                  Email: Charles.guadagnino@usdoj.gov

Dated at Milwaukee Wisconsin, this 7th day of December 2021.

/s John Hansen
John Hansen
Gruber Law Offices LLC
100 E Wisconsin Ave - Ste 2800
Milwaukee, WI 53202
414-276-6666
Email: jjh@gruber-law.com